PRAECIPE FOR WARRANT



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 3:16cr70 DPJ-LRA

LEON BROWN
(wherever found)

The Clerk of this Court will issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled cause on the 7th day of September, 2016.

This the 7th day of September, 2016.

GREGORY K. DAVIS
United States Attorney

By: /s/ John A. Meynardie
JOHN A. MEYNARDIE
Assistant U.S. Attorney
MSB # 9912

Warrant issued:_____

DEA/JAM