AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi



United States of America
v.

ANTWAINE RHODES
(Wherever Found)

Defendant

Case No.  3:16CR70 DPJ-LRA 07

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Antwaine Rhodes,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute a Controlled Substance. Possess with intent to distribute a controlled substance (aiding and abetting). Possession of a firearm in furtherance of a drug trafficking crime.

ARTHUR JOHNSTON, CLERK

Date: 09/08/2016

*Issuing officer's signature*

City and state:   Jackson, MS

T. Carruth, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 09/08/16, and the person was arrested on *(date)* 09/19/16
at *(city and state)* JACKSON, MS.

Date: 09/19/16

*Arresting officer's signature*

TIMOTHY ANDERSON   DUSM
*Printed name and title*