AO 442 (Rev. 01/09) Arrest Warrant                                          SEALED

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi



| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No.  3:16CR70 DPJ-LRA 08 |
| RUDOLPH WALKER | ) |
| (Wherever Found) | ) |
|  | ) |
| *Defendant* |  |



## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Rudolph Walker,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute a Controlled Substance. Possess with intent to distribute a controlled substance (aiding and abetting).

ARTHUR JOHNSTON, CLERK

Date:  09/08/2016                                    *J. Carruth*
                                                     *Issuing officer's signature*

City and state:  Jackson, MS                         T. Carruth, Deputy Clerk
                                                     *Printed name and title*

### Return

This warrant was received on *(date)*  09/08/16 , and the person was arrested on *(date)*  09/19/16
at *(city and state)*  JACKSON, MS .

Date:  09/19/16                                      *[signature]*
                                                     *Arresting officer's signature*

                                                     TIMOTHY ANDERSON  DUSM
                                                     *Printed name and title*