AO 442 (Rev. 01/09) Arrest Warrant

**SEALED**

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 23 2016
ARTHUR JOHNSTON
BY _____ DEPUTY

United States of America
v.

TIMOTHY PERKINS
(Wherever Found)

Defendant

Case No. 3:16CR70 DPJ-LRA 03

RECEIVED
SEP 14 2016
United States Marshal
Southern District of Mississippi

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Timothy Perkins,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute a Controlled Substance. Possess with intent to distribute a controlled substance (aiding and abetting).

ARTHUR JOHNSTON, CLERK

Date: 09/08/2016

*T. Carruth*
*Issuing officer's signature*

City and state: Jackson, MS

T. Carruth, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 9-14-2016, and the person was arrested on *(date)* 9-22-2016
at *(city and state)* Houston, Tx.

Date: 9-23-2016

For SA Rayner: [signature]
*Arresting officer's signature*

For SA Rayner: N. Roselli DUSM
*Printed name and title*