IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                          CRIMINAL NO. 3:16cr70DPJ-LRA

TIMOTHY PERKINS, et al.

## BILL OF PARTICULARS SPECIFYING
## PROPERTY TO BE FORFEITED

The United States, by and through its United States Attorney, hereby files the following Bill of Particulars for Forfeiture of Property.

This indictment seeks forfeiture of property pursuant to Section 853, Title 21, United States Code, Section 2461, Title 28, United States Code, and Section 981(a)(1)(c), Title 18, United States Code. The United States hereby gives notice that, in addition to property already listed in the forfeiture allegation, the United States is seeking forfeiture of the following additional property:

(1)  58,460 United States Currency;
(2)  $7,204 United States Currency; and
(3)  2005 Lexus ES330; VIN JTHBA30G455061364

**RESPECTFULLY SUBMITTED**, this the 1st day of November, 2016.

GREGORY K. DAVIS
United States Attorney

By:   /s/ Jerry Rushing
JERRY RUSHING
Assistant United States Attorney
Mississippi Bar Number: 5731
501 E. Court Street, Suite 4.430
Jackson, MS  39201
(601) 965-4480 Phone
(601) 965-4409 Fax
Email: jerry.rushing@usdoj.gov

CERTIFICATE OF SERVICE

     I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the appropriate counsel in this case.

     THIS the 1st day of November, 2016.

                                                  /s/ Jerry Rushing
                                                JERRY RUSHING
                                                Assistant United States Attorney