UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

VS.                                            CRIMINAL NO.: 3:16cr70-DPJ-LRA

LEON BROWN

## GOVERNMENT'S EXHIBIT LIST

| NUMBER (DESCRIPTION) | | SPONSOR | ID. | EVID. |
|---|---|---|---|---|
| G1 | Conditions of Probation and Supervised Release re Leon Brown - Docket No. 3:96cr4WS-002 | Jeremiah Raynor | | X |
| G2 | Letter dated June 8, 2009 to Leon Brown from Greg Walker re Termination of Supervision | Jeremiah Raynor | | X |
| G3 | Firearms Notice | Jeremiah Raynor | | X |
| G4 | Pretrial Services Report **(under seal)** | Jeremiah Raynor | | X |

11-8-16
11-8-16
11-8-16
11-8-16