UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

VS.                                                        CRIMINAL NO.: 3:16cr70-DPJ-LRA

LEON BROWN

### DEFENDANT'S EXHIBIT LIST

| NUMBER (DESCRIPTION) | | SPONSOR | ID. | EVID. |
|---|---|---|---|---|
| D1 | 2015 Form 1040 U.S. Individual Income Tax Return for Leon Brown and Form 1040X Amended U.S. Individual Income Tax Return **(under seal)** | Sonya Cross Brown | | X |
| D2 | Warranty Deed - Book 3055 Page 692 (3.84 acres in W 1/2 of NE 1/4 of S7, T9N, R3E Madison Co., MS) | Sonya Cross Brown | | X |
| D3 | Warranty Deed - Book 7126 Page 2214 (Lot 8, Block K, Shady Oaks, Part 2, Hinds Co., MS) | Sonya Cross Brown | | X |

[handwritten in left margin beside each row: 11-8-16]