AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

United States of America
v.

SHREDEWRICK D. ANDERSON
(Wherever Found)

*Defendant*

Case No. 3:16CR70 DPJ-LRA 002

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 12 2017
ARTHUR JOHNSTON
BY_____DEPUTY

RECD USMS D43 14APR'17

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Shredewrick Anderson,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☑ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Violation of pretrial release.

**ARTHUR JOHNSTON, CLERK**

Date: 04/14/2017

*Issuing officer's signature*

City and state: Jackson, MS

T. Carruth, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 4/14/17, and the person was arrested on *(date)* 5/11/17
at *(city and state)* Jackson, MS.

Date: 5/11/17

*Arresting officer's signature*

Tim Sanford CDUSM
*Printed name and title*