UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **VS.** | * | 3:16 CR 70DPJ-LRA |
| **TIMOTHY PERKINS** | * | |

**NOTICE OF SUBMISSION OF
DEFENDANT'S OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT
AND MEMORANDUM IN AID OF SENTENCING AND REQUEST FOR
DOWNWARD VARIANCE FROM ADVISORY GUIDELINE RANGE**

By this notice, DEFENDANT TIMOTHY PERKINS, by and through counsel of record, forwarded his Objections to Presentencing Report to U.S. Probation Office, U.S. Attorney's Office and the Court's DeputyAdministrator.

Dated: October 23, 2018

                                                  Respectfully submitted,

                                                  */s/ Terris C. Harris*

                                                  Terris C. Harris, J.D., LL.M.

OF COUNSEL:

Terris C. Harris, J.D., LL.M.
MAPLES HARRIS, PLLC
120 N. Congress Street, Suite 400
Jackson, MS 39201
(866) 548-8732 (Telephone)
(601) 316-1993 (Direct)
(866) 860-3857 (Fax)

Tucker Graves, Esq. (TX. # 05234400)
2751 South Loop 336 West.
Conroe, TX 77304
713/225-4273
281-231-2999 (fax)

1

2

## CERTIFICATE OF SERVICE

  A true and correct copy of the foregoing has been forwarded to the following via email and the ECF system

USPO Jamie Harrell
AUSA Chris Wansley

Dated:  October 23, 2018

               /s/ *Terris C. Harris*
               _____
               Terris C. Harris, J.D., LL.M.