IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v. CRIMINAL NO. 3:16-cr-00070-DPJ-LGI

TIMOTHY PERKINS

**ORDER DISMISSING COUNTS**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Counts 1 and 3 of the criminal indictment, filed on September 7, 2016, against the defendant, **TIMOTHY PERKINS**.

DARREN J. LAMARCA
United States Attorney

By: Keesha D. Middleton
Keesha D. Middleton MSB#104549
Assistant U.S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal of Counts 1 and 3 of the criminal indictment.

ORDERED this 24th day of August 2023.

UNITED STATES DISTRICT JUDGE